**JENNIFER S. CLARK**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 East Front Street, Suite 401
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Jennifer.Clark2@usdoj.gov

**FILED**

3/21/2024

Clerk, U.S. District Court
District of Montana
Billings Division

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24- 01 -BU-DLC |
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| vs. | **CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE METHAMPHETAMINE** (Count 1) Title 21 U.S.C. § 846 (Penalty: Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years of supervised release.) |
| **JASON MICHAEL HOOVER and GABRIEL MICHAEL BOE,** | |
| Defendants. | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** (Count 2) Title 21 U.S.C. § 841(a)(1) (Penalty: Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years of supervised release.) |

1

|  | **POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME**<br>**(Count 3)**<br>**Title 18 U.S.C. § 924(c)(1)(A)(i)**<br>**(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release)**<br><br>**FORFEITURE ALLEGATION**<br>**Title 21 U.S.C. §§ 853(a)(1) and (2)**<br>**Title 21 U.S.C. § 881(a)(11)**<br>**Title 18 U.S.C. § 924(d)**<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

## COUNT 1

That beginning in approximately July 2022, and continuing until on or about February 9, 2023, at Ennis, in Madison County, in the State and District of Montana, and elsewhere, the defendants, JASON MICHAEL HOOVER and GABRIEL MICHAEL BOE, knowingly and unlawfully conspired with others both known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

2

COUNT 2

That beginning in approximately July 2022, and continuing until on or about February 9, 2023, at Ennis, in Madison County, in the State and District of Montana, and elsewhere, the defendants, JASON MICHAEL HOOVER and GABRIEL MICHAEL BOE, knowingly and unlawfully possessed, with the intent to distribute, 500 grams or more of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

COUNT 3

That beginning in approximately July 2022, and continuing until on or about February 9, 2023, at Ennis, in Madison County, in the State and District of Montana, and elsewhere, the defendant, JASON MICHAEL HOOVER, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely conspiracy to possess with intent to distribute methamphetamine and possession with intent to distribute methamphetamine, as alleged in counts 1 and 2 above, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

FORFEITURE ALLEGATION

Upon conviction of either count 1 or 2 set forth in this indictment, the defendants, JASON MICHAEL HOOVER and GABRIEL MICHAEL BOE, shall

3

forfeit, pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; and (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment in the commission of said offense.

Upon conviction of the offense set forth in count 3 of this indictment, the defendant, JASON MICHAEL HOOVER, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

4