IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON MICHAEL HOOVER,<br><br>Defendant. | CR 24–1–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Amended Preliminary Order of Forfeiture. (Doc. 59.) Defendant Jason Michael Hoover has been adjudged guilty of possession with intent to distribute methamphetamine as charged in Count 2 of the Superseding Indictment. (Doc. 38.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11).

Accordingly, IT IS ORDERED the Motion (Doc. 59) is GRANTED.

IT IS FURTHER ORDERED that Hoover's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11):

- $5,191.00 US Currency;
- Kimber Eclipse Custom II .45 Caliber Handgun, Serial Number: K122464;

1

- Walther Arms PPQ 9mm Handgun, Serial Number: FDD0821;

- Beretta 92F 9mm Handgun, Serial Number: D84711Z;

- Colt M1991A1 .45 Caliber Handgun, Serial Number: 2736259;

- Springfield XDM 10mm Handgun, Serial Number: AT223981;

- Smith & Wesson M&P M2.0 .45 Caliber Handgun, Serial Number: NCV0695;

- Ruger PC Charger 9mm Handgun, Serial Number: 913-44639;

- Glock Model 20 Gen 4 and detached Glock 10mm Slide, Serial Number: BNNT914;

- Keystone Sporting Arms Crickett .22 Caliber Rifle, Serial Number: 237872;

- Winchester Model 70 Ultimate Shadow .264 WIN Rifle, Serial Number: 35CZY08492;

- Century Arms VSKA 7.62x39 Caliber Rifle, Serial Number: SV7042400;

- Romarm/Cugir Draco-C 7.62x39mm Rifle, Serial Number: 1968BI3714;

- Winchester Repeating Arms 670 30-06 caliber Rifle, Serial Number: 102584;

- Din Works AR-15 .223 Caliber Rifle, Serial Number: None;

- Ruger AR-556 5.56 Caliber Rifle, Serial Number: 850-11741;

- Ruger 10/22 Carbine .22 Caliber Rifle, Serial Number: 129-96032;

- Aero Precision Model M5 Multicaliber Rifle, Serial Number:

US218661;

- Keystone Sporting Arms Model Cricket .22 Caliber Rifle, Serial Number: 305219;

- Rock Island Model VR80 12 Gauge Shotgun, Serial Number: R156332;

- Black Rain Ordnance AR-15 .223/5.56 Caliber Rifle, Serial Number: SM018037;

- Unknown Make and Model AR-15 5.56 Caliber Rifle, Serial Number: None;

- Springfield Saint AR-15 Multi-Caliber rifle, Serial Number: ST356108;

- Ruger 556 AR-15 5.56 Caliber Rifle, Serial Number: None;

- Black Unknown make and model 556 caliber rifle, Serial Number: 13629;

- Unknown make and model 5.56 cal rifle, Serial Number: None;

- SI Defense Model SI-CA Multicaliber Rifle, Serial Number: SI-CA0000117;

- Zastava Arms Model PAP M90 PS 5.56 Caliber Rifle, Serial Number: Z90-000922;

- Panzer Arms BP-12 Model 12 Gauge Shotgun, Serial Number: GS-21-10353;

- Colt Model Anaconda .44 Caliber Revolver, Serial Number: MM62078;

- Ruger Archangel .22 Caliber Rifle, Serial Number: 249-89761;

- Smith and Wesson 500 magnum revolver, Serial Number: DNF1366;

- Amberg 1917 Bolt Action Rifle, Serial Number: 2955;

- Glock 20 10mm Handgun, Serial Number: XNR302;

- FIE Model SB29 20 Gauge Shotgun, Serial Number: 392075;

- Marlin Model 1895S 45/70 Cal Rifle, Serial Number: 18077269;

- Fab. Nat. D'Armes .30 Caliber Rifle, Serial Number: 17215;

- Norinco SKS Archangel 7.62x39 Caliber Rifle, Serial Number: 24009106K;

- Ruger Model P89DC 9mm Pistol, Serial Number: 315-76766;

- Glock/Guncrafter Industries Model 50G1 Pistol, Serial Number: Mhh121p;

- Colt AR-15A3 .223 Caliber Rifle, Serial Number: LBD39384;

- Glock 19 19mm handgun, Serial Number: BGFM776;

- Ruger 57 5.57x28 Caliber Pistol, Serial Number: 641-80496;

- Kimber Ultra CDPII .45 ACP handgun, Serial Number: KU96974;

- Mossberg Model 590 12 gauge shotgun, Serial Number: V0623608;

- Assorted accessories; and

- Assorted ammunition.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation and/or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 9th day of August, 2024.

_____
Dana L. Christensen, District Judge
United States District Court