IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON MICHAEL HOOVER,<br><br>Defendant. | CR 24–01–BU–DWM–1<br><br><br><br>ORDER |

The United States of America's having moved unopposed for a entry of a final order of forfeiture, the Court finds:

1.    The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11).

2.    The Court entered an Amended Preliminary Order of Forfeiture on August 9, 2024 that forfeited Defendant Hoover's interest in the subject property. (Doc. 61.)

3.    All known interested parties were provided an opportunity to respond and publication is complete, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(A) and (C).  (Doc. 67.)

4.    Charlie Hoover (fka Charlie Jo Frey) filed a claim on August 3, 2024 for the following property:  $5,191.00 in U.S. currency; Ruger PC Charger 9mm

Handgun, Serial Number: 913-44639; Aero Precision Model M5 Multicaliber

Rifle, Serial Number: US218661; and Springfield Saint AR-15 Multi-Caliber rifle,

Serial Number: ST356108.  The United States agrees that Charlie Hoover is the

lawful owner of the three firearms she claimed and that they should be returned to

her when no longer needed as evidence:  Ruger PC Charger 9mm Handgun, Serial

Number: 913-44639; Aero Precision Model M5 Multicaliber Rifle, Serial Number:

US218661; and Springfield Saint AR-15 Multi-Caliber rifle, Serial Number:

ST356108.  The United States has confirmed that Charlie Hoover is not prohibited

from possessing firearms.  However, the United States has determined that Charlie

Hoover's claim to the $5,191.00 is deficient because she failed to provide any

documentation or details supporting her ownership interest in the currency, which

Defendant Hoover agreed to forfeit as proceeds of and/or facilitating property for

his controlled substance conviction in this case.

5.      It appears there is cause to issue a forfeiture order under 21 U.S.C.

§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and Fed. R. Crim. P. 32.2(c)(2).

         Accordingly, IT IS ORDERED that:

1.      The United States' Motion for Final Order of Forfeiture (Doc. 91) is

GRANTED.

2.    Judgment of forfeiture shall enter in favor of the United States to the

following property, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C.

§ 881(a)(11), free from the claims of any other party:

- $5,191.00 in U.S. currency
- Kimber Eclipse Custom II .45 Caliber Handgun, Serial Number: K122464
- Walther Arms PPQ 9mm Handgun, Serial Number: FDD0821
- Beretta 92F 9mm Handgun, Serial Number: D84711Z
- Colt M1991A1 .45 Caliber Handgun, Serial Number: 2736259
- Springfield XDM 10mm Handgun, Serial Number: AT223981
- Smith & Wesson M&P M2.0 .45 Caliber Handgun, Serial Number: NCV0695
- Glock Model 20 Gen 4 and detached Glock 10mm Slide, Serial Number: BNNT914
- Keystone Sporting Arms Crickett .22 Caliber Rifle, Serial Number: 237872
- Winchester Model 70 Ultimate Shadow .264 WIN Rifle, Serial Number: 35CZY08492
- Century Arms VSKA 7.62x39 Caliber Rifle, Serial Number: SV7042400
- Romarm/Cugir Draco-C 7.62x39mm Rifle, Serial Number: 1968BI3714
- Winchester Repeating Arms 670 30-06 caliber Rifle, Serial Number: 102584
- Din Works AR-15 .223 Caliber Rifle, Serial Number: None
- Ruger AR-556 5.56 Caliber Rifle, Serial Number: 850-11741
- Ruger 10/22 Carbine .22 Caliber Rifle, Serial Number: 129-96032
- Keystone Sporting Arms Model Cricket .22 Caliber Rifle, Serial Number: 305219
- Rock Island Model VR80 12 Gauge Shotgun, Serial Number: R156332
- Black Rain Ordnance AR-15 .223/5.56 Caliber Rifle, Serial Number: SM018037
- Unknown Make and Model AR-15 5.56 Caliber Rifle, Serial Number: None
- Ruger 556 AR-15 5.56 Caliber Rifle, Serial Number: None
- Black Unknown make and model 556 caliber rifle, Serial Number: 13629
- Unknown make and model 5.56 cal rifle, Serial Number: None

3

- SI Defense Model SI-CA Multicaliber Rifle, Serial Number: SI-CA0000117
- Zastava Arms Model PAP M90 PS 5.56 Caliber Rifle, Serial Number: Z90-000922
- Panzer Arms BP-12 Model 12 Gauge Shotgun, Serial Number: GS-21-10353
- Colt Model Anaconda .44 Caliber Revolver, Serial Number:  MM62078
- Ruger Archangel .22 Caliber Rifle, Serial Number: 249-89761
- Smith and Wesson 500 magnum revolver, Serial Number: DNF1366
- Amberg 1917 Bolt Action Rifle, Serial Number: 2955
- Glock 20 10mm Handgun, Serial Number: XNR302
- FIE Model SB29 20 Gauge Shotgun, Serial Number: 392075
- Marlin Model 1895S 45/70 Cal Rifle, Serial Number: 18077269
- Fab. Nat. D'Armes .30 Caliber Rifle, Serial Number: 17215
- Norinco SKS Archangel 7.62x39 Caliber Rifle, Serial Number: 24009106K
- Ruger Model P89DC 9mm Pistol, Serial Number: 315-76766
- Glock/Guncrafter Industries Model 50G1 Pistol, Serial Number: Mhh121
- Colt AR-15A3 .223 Caliber Rifle, Serial Number: LBD39384
- Glock 19 19mm handgun, Serial Number: BGFM776
- Ruger 57 5.57x28 Caliber Pistol, Serial Number: 641-80496
- Kimber Ultra CDPII .45 ACP handgun, Serial Number: KU96974
- Mossberg Model 590 12 gauge shotgun, Serial Number: V0623608
- Assorted accessories
- Assorted ammunition

The United States shall have full and legal title to this forfeited property and may dispose of it in accordance with law.

3.    Charlie Hoover's claim to the following three firearms is GRANTED:

- Ruger PC Charger 9mm Handgun, Serial Number: 913-44639;
- Aero Precision Model M5 Multicaliber Rifle, Serial Number: US218661; and
- Springfield Saint AR-15 Multi-Caliber rifle, Serial Number: ST356108.

4

The United States is directed to return these three firearms to Charlie Hoover when no longer needed as evidence and in accordance with governing law.

DATED this 27 day of February, 2025.

_____

Donald W. Molloy, District Judge
United States District Court